| UNITED STATES BANKRUPTCY COURT | 53-52 |
|---|---|
| WESTERN DISTRICT OF PENNSYLVANIA | ljel |

In re:  Bankruptcy Case No.:07-20618−TPA
Related to Docket No. 52
Chapter: 13
Claim No.:
Hearing Date: 2/23/11 at 11:30 AM

**Dennis M. Ellis**
   Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  5th  day of  February ,  2011 I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service):

**07-20618-TPA Notice will be electronically mailed to:**

Jardanian L. Josephs on behalf of Creditor Bank of America Corporation
jardanianjosephs@hotmail.com, jljosephs@gmail.com

Dustin P. Monokian on behalf of Creditor Allegheny County
cnoroski@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Julie Frazee Steidl on behalf of Debtor Dennis Ellis
jsteidl1356@hotmail.com, julie.steidl@steidl-steinberg.com;oliviarosekelly@yahoo.com

Kenneth M. Steinberg on behalf of Debtor Dennis Ellis
jsteidl1356@hotmail.com, oliviarosekelly@yahoo.com;kenny.steinberg@steidl-steinberg.com

S. James Wallace on behalf of Creditor Duquesne Light Company
SJW@GMWPCLAW.COM, SRK@GMWPCLAW.COM

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**07-20618-TPA Notice will be mailed first class to:**
U.S. Attorney

Western District of Pennsylvania
US Post Office & Courthouse
700 Grant St., Ste 400
Pittsburgh, PA 15219

Executed on: <u>Feb. 5, 2011</u>     By:     <u>/s/ Jardanian Josephs</u>
          (Date)                        Signature

                                                     <u>Jardanian Josephs</u>
                                                   Typed Name

                                                   PO Box 22144
                                                   <u>Pittsburgh, PA 15222</u>
                                                   Address

                                                   <u>412-979-0552</u>
                                                   Phone No.

                                                   <u>88667 - PA</u>
                                                   List Bar I.D. and State of Admission