# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case Number: 07-20618 |
| Debtor(s): Dennis M. Ellis | : | |
| | : | Chapter Number: 13 |
| Movant: Bank of America Corporation | : | |
| | : | Document No. |
| | : | |
| Respondent: No Respondent(s) | : | Hearing Date and Time: 2/23/11 at 11:30 AM |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS (RELATED TO DOC. NO. 52)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion For The Recovery of Unclaimed Funds filed on January 26, 2011 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion For The Recovery of Unclaimed Funds were to be filed and served no later than February 14, 2011.

It is hereby respectfully requested that the Order attached to the Motion For The Recovery of Unclaimed Funds be entered by the Court.

Dated: February 21, 2011    Respectfully Submitted:    /s/ Jardanian Josephs
                                                                                                                       Jardanian Josephs, Esquire
                                                                                                                       Pa. I.D. 88667
                                                                                                                       PO Box 22144
                                                                                                                       Pittsburgh, PA 15222-0144
                                                                                                                       Ph: (412) 979-0552